555

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name _Walker   Jeffery E_

　　(Last)　　　　　(First)　　　　(Initial)

Prisoner Number _F 11343_

Institutional Address _CMF, p.o. BOX 7000_
_vacaville ca. 95696-7000_

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

_Jeffery Eugene Walker_

(Enter the full name of plaintiff in this action.)

vs.

_John doe 1, John doe 2_
_Jane doe 1 captain_
_gene doe 1 supervisor mental_
_City state, county of Sanfrancisco_

(Enter the full name of the defendant(s) in this action)

CV 08 0801

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

E-filing

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.　**Exhaustion of Administrative Remedies**

　　[**Note:** You must exhaust your administrative remedies before your claim can go

　　forward. The court will dismiss any unexhausted claims.]

　　A.　Place of present confinement _____

　　B.　Is there a grievance procedure in this institution?

　　　　YES (X)　　NO ( )

　　C.　Did you present the facts in your complaint for review through the grievance

　　　　procedure?

　　　　YES (X)　　NO ( )

　　D.　If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT　　　　　　- 1 -

See; Internal Affairs Info

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

2. First formal level _____

_____

3. Second formal level _____

_____

4. Third formal level _____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES ( )        NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain

why. _Internal Affairs_____

_____

II.    Parties  Jeffery Walker   F11343, CMF   P.O. Box 2000
                    Vacaville Ca . 95696 - 2000

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

Captain Jane doe   sanfrancisco county Jail

Gene doe, John doe 1 , John doe 2.

850 Bryant street  sanfrancisco Ca 94103

B.    Write the full name of each defendant, his or her official position, and his or her place of

        employment.

_____

_____

**COMPLAINT**                          - 2 -

1 _____ *See: Added page* _____

2 _____

3 _____

4 III.    Statement of Claim

5        State here as briefly as possible the facts of your case.  Be sure to describe how each

6 defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any

7 cases or statutes.  If you have more than one claim, each claim should be set forth in a separate

8 numbered paragraph.        *see: Added page*

9 _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 IV.    Relief

23        Your complaint cannot go forward unless you request specific relief.  State briefly exactly what

24 you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

25 _____ *see: Added page* _____

26 _____

27 _____

28 _____

COMPLAINT                              - 3 -

Grounds:

1 Violations of  Eight Amendment Deliberate Indifference and Neglegence to

2 Provide safe housing

3

4 III.    Statement of claim

5

6 Between the mounths of May 25-05 Until January-17-06 Plaintiff was suffering

7 from a paranoid mental health state and depression and told Jail officers John

8 doe 1   John doe 2 and jane doe 3  that he was feeling like hurting himself or

9 others.

10

11 Plaintiff was moved into a housing that had a potential threstning sittuation

12 Plaintiff told staff officers John doe 1 John doe 2 and John doe three not to

13 place him in that cell because of suicidal thoughts and thoughts of hurting

14 others.

15

16 3Officers John doe 1 John doe 2 and john doe three stated that there was noth-

17 ing that they could do because Captain Jane doe 2 told them to place me in cell

18 with Inmate Emette .

19 4.Staff new this was a threatning sittuation and had failed to notify mental

20  health .

21  As a reselt plaintiff cut his wrist with a razor blade

22 5. Plaintiff was taken to medical were medical staff were told by plaintiff

23  and officers John doe 1 john doe 2 that plaintiff was feeling suicidal and

24  had thoughts of hurting others.

25

26 Denial of Mental health Treatment:

27 The medical staff John doe four called mental health Gene Doe and Gene doe

28 told medical to send plaintiff back to his cell and was specificatly told

   not to send plaintiff to CJ* Mental health.

Plaintiff was taken back to the same threatning sittuation at that cell

and a few minutes later plaintiff sliced his wrist again with a razor.

8.John doe 1 john doe two took plaintiff back to medical.Medical John doe

 and Jane doe called the captain because plaintiff needed to go to hospital

to get stitches.

9 Captain Jane doe called plaintiff names causing severe mental health issues

 and told plaintiff to Just do it right and kill himself.

10.Plaintiff was taken to Sanfrancisco general hospital and recieved stitches

  and was immediatly brought back to the jail and placed back in the same cell

 in violation of mental health policy.

11.Plaintiff then cut his wrist a third time and was sent back to the hospital

The hospital Admitted plaintiff on a 51/50 hold for mental health evaluation

7 l plaintiff recieved neww stitches.

Several days later plaintiff was taken back to jail and placed back in same cell

until a few minutes later plaintiff cut his wrist again with a razor.

12.plaintiff was taken back to the hospital.

Captan Jane doe and mental health supervisor gene doe failed to intervene to

prevent self mutalation and suicidal attempts.Therefore they are being sued in

there offical and medical capacity.

All defendents acted and continue to act under color of state law at all times

during these events.

Plaintiff was suffering from mental health issues and both medical mental health

and the county jail failed to provide safe housing as a patient.

Because of there neglegence in failing to prived such plaintiff injured himself

with life time injuries.

Both staff deliberatly,wilfuly and Intentionaly desregarded plaintiffs needs

to be placed in appropriate housing as described under guidlines  suicide acts

1  I swere under penalty of perjury that the foregoing statements are true to

2  my best ability to recall thee events.

3  X------------------------------------ Date----1-28-08----------------

4

5                                   Prayer for relief

6

7                            Demand for Jury trial

8

9  Compensatory damages in the following amounts:

10  100.000 dollars Jointly against all defendants for the injuries pain and

11  suffering as well as mental health issues in wich plaintiff will be affected

12  for life.

13  100.000 dollars against all defendants medical and mental health department

14  for failing to intervene in a crisis sittuation and suicide attempt were

15  more than once plaintiff cut himself causing injury with a raxor.

16

17                            Punative Awards

18  In the Following amounts:

19  $0.000 dollars each against Captain Jane doe and Gene doe Matal health

20  for allowing these acts to go on and not stoping it.

21  and any other judgement the court deems appropriate that I dont Know of

22  grant such relief as it may appear plaintiff is entitled.

23

24         See: ExHibit (A) medical reports, S.F.G.H

25

26         supporting claim

27         ExHibit (B) mental health diagnosis

28

Request For Counsel

Reasons Noted for request

1.I am an E.O.P Inmate at vacaville State prison.E.O.P Is Extended out patient Program for mental health patients who have mental illnesses that in able th to function on a main line.

2.My mental illness as noted in exhibit causes me to not stay focused were I loose my concentration and or am so depressed that I just dont finish what I Start.

3.Also because of the seriousness of the claim against both the medical mental health department Makes it unlikely I could Investigate the facts and gather witnesses who were present at the time.

A.This will also require Extensive documentary discovery,depositions of jail and mental health officials.or access to witnesses I cannot get to, such as, inmates thats been released or sent to various prisons etc.

please note that the Sanfrancisco general hospital has a policy stating they no longer will give incarcerated inmates copies of medical or mental health records.

B there will be possible conflicting evidence implicating the need for cross examination,will be important to the case.I do expect the facts to be disp- uted as I am now an inmate in prison to were the defendant will have exper- ienced attornees who will use this against me in defense to get away from the issues at hand complained of.

C there are factors legaly that will and have presented great difficulty for me when it comes to research,I have never graduated and my mental health con- dition will gravely affect me.

D there are also complex and difficulty of the case.were Im not sure who all to sue and what all laws cival violated

Contenued Page on

1                                      Request for Counsel

2

3 E.Also the fact that the case will be tried infront of a jury presents a

4  problem.I do not have a high degree of trial skills.

5 F.Infact Tommorow I may not even feel like responding to any court orders

6   because of my mental condition.

7 Well This request is respectfult submited.

8

9                                      Thank You

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

⠄

3 While at sanQeuntin State Prison I had Been Under mental health treatment and

4 Have been having problems mental health wise were I suffer from several mental

5 That have cuased me  not to be able to concentrate or complete projects nor do

6 I stay focused.I am still Under treatment  but am doing my best to try and file

7 this complaint.

8 I wrote the jail and requested Forms  to No avail.They refuse to respond to any

9 of my letters.

10 So I contacted Internal Affairs  415 554-2380 Agent Quantico who came to The

11 Prison and Interviewed me concerning this claim and several other claims I told

12 Them about.

13

14 I Jeffery Walker Swere under Penalty of Perjury the foregoing statement is True

15 X--*Jeffery Walker*----------Date---*1-13-08*----------

16 You can call the number noted above and ask for Agent Quantico

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ⟶9*n*, day of  *2 8*          , 20 *08*

_____
(Plaintiff's signature)

**COMPLAINT**                                    - 4 -

Medical reports

EXHibit (A)

fornia Medical Facility          **PSYCHIATRIST PROGRESS NOTE**          Department of Corrections and
                                              **Page 2**

**Subjective**      This pt has a hx of self injurious behavior

In the past year pt had one episode of cutting himself with a razor 3 times in one day which included reopening sutures and partial cutting of a tendon. He reports he only reacts to these impulses when

**Objective**      double cell. When single celled no hx of self injurious behaviors. No hx of self injurious behavior outside of prison.

MSE    (+) severe anxiety (+) poor impulse control.
(+) homicidal ideation when double celled, no overt psychosis. Speech is coherent and logical. Good constriction, some settling.

**Assessment**      Insight from judgment poor.

Axis I    Impulse control disorder
              poor Anxiety disorder severe
Axis II    Personality Disorder (paranoid + borderline features)

**Plan**

pt refuses psychiatric medications at this time he stated when double celled I wish to remain silent. Rec    Δ to EOP idc with temporary single cell.

**Polypharmacy/Medication not matching Diagnosis**

Date    12/4/06    Psychiatrist    James    [signature] MD

**PSYCHIATRIST PROGRESS NOTES**
**MH 3**
**Page 2**

**Confidential Patient/Client Information**

Department of Corrections
and Rehabilitation            State of California

LEVEL OF CARE

GP

CDC#    F11343
Last    Walker        First    Jeffery
DOB    9/18/63        Institution    CMF
Eth    Bla        House    I-132u

# ● ● **UCDAVIS** ● ●
## *HEALTH SYSTEM*
### *TELEMEDICINE*



February 08, 2006

RE:  WALKER, JEFFREY
MR#: 1803979
DOB: 09/18/1963
Date of Service: 02/08/2006
CDC#: F11343

Donald Calvo, M.D.
California Department of Corrections
San Quentin State Prison
San Quentin, CA 94964

Dear Dr. Calvo:

Thank you very much for requesting a consultation on behalf of Jeffrey Walker, whom I had the pleasure of seeing in Orthopedic Telemedicine Clinic.

History Of Present Illness:
As you know, Mr. Walker is a gentleman who had a self-inflicted laceration wound to his left wrist on 01/17/2006. He was evaluated at San Francisco General Hospital where they felt that he had a partial flexor tendon laceration with probable compressive neuropathy and not a nerve transection. He had a superficial laceration repair, was put in an extensor wrist brace, and was given ibuprofen for the pain and discomfort. He is here for a postoperative check. He is right-handed. He has never had a history of wrist lacerations or problems like this in the past. He initially was taken ibuprofen, but is discontinued. He has a complaint of the inability to fully make a fist at this stage. He has some intermittent paresthesias affecting his fingertips, no significant motor weakness. At this stage, he feels like he is having some improvement in his ability to move the fingers. The paresthesias are indeed intermittent. He cannot fully make a fist.

Past Surgeries:
1.     Status post some sort of abdominal surgery as a child.
2.     Left wrist superficial laceration repair.

Medical Illnesses:
Medical illnesses include adjustment disorder, hypertension, partial left flexor tendon laceration.

Medications:
Ibuprofen.

Allergies:
Vistaril and Elavil.

Family History:
Noncontributory.

Social History:
He is incarcerated.

HP345 > 1 of 163

RE:  WALKER, JEFFREY
MR#: 1803979

Page 2


Review of Systems:
I refer to the paper medical record.

Physical Examination:
On physical examination, he is an alert, pleasant, cooperative
gentleman with his left wrist in an extensor-type brace. There is a
well-healed surgical scar in the flexor tendon area of the wrist.
Motor and sensory testing of radius, ulnar, and median nerves reveal
intact strength and normal sensation. He is able to curl his fingers
easily. He is not able yet to make a fist. He is able to extend the
fingers completely.

Assessment:
Superficial wrist flexor partial tendon laceration. Good motor and
sensory control at this point.

Plan:
I would like to obtain and EMG and nerve conduction studies two months
from the time of the injury, which would be approximately mid to late
March. I explained to Mr. Walker that I feel that he clearly does not
have a complete nerve transection, but there is evidence of a
compressive neuropathy. I feel at this stage that he should continue
to be in the splint for an additional two weeks minimum, possibly two
to four weeks. I have recommended vitamin C and glucosamine to help
the tendon to heal with proper nutritional support. I would like to
see him back after the nerve conduction studies. AT that point, he may
be a good candidate for hand therapy.

The patient was educated in the impression and the plan of care.

Thank you very much for your kind request for consultation.

Sincerely yours,



JEFFREY L TANJI, MD
ASSOCIATE MEDICAL DIRECTOR
DIVISION OF UCDHS PRIMARY CARE NETWORK
DEPARTMENT OF SPORTS MEDICINE
*THIS WAS ELECTRONICALLY SIGNED - 02/09/2006 10:50 AM PST BY:*




JLT:js(ml006)

D:    02/08/2006 10:14 AM
T:    02/09/2006 10:07 AM
C#:   1610317

Mr. Walker 7/7/06 Occupational Therapy
Home Exercise Program

**FINGER - 34**
Flexor Tendon Gliding (Active Full Fist)



Start with fingers straight,
make a fist bending all joints of fingers.
Repeat __10__ times.  Do __2__ sessions per day.
*Copyright VHI 1993*

**FINGER - 33**
Flexor Tendon Gliding (Active Hook Fist)

With fingers and knuckles straight, bend middle and tip joints.
Keep large knuckles straight.

Repeat __10__ times.
Do __2__ sessions per day.



*Copyright VHI 1993*

**FINGER - 36**
PIP / DIP Composite Flexion (Passive Stretch)

Use other hand to bend
middle and tip joints
of __each__ finger.

Hold __5__ seconds.

Repeat __10__ times.
Do __2__ sessions per day.



*Copyright VHI 1993*

**FINGER - 35**
Flexor Tendon Gliding (Active Straight Fist)



Start with fingers straight, bend knuckles and middle joints.
Keep fingertip joints straight to touch base of palm.
Repeat __10__ times.  Do __2__ sessions per day.
*Copyright VHI 1993*

**FINGER - 37**
MP / PIP / DIP Composite Flexion (Passive Stretch)



Use other hand to
bend __a ll__ finger
at all three joints.

Hold __5__ seconds.

Repeat __10__ times.
Do __2__ sessions per day.

*Copyright VHI 1993*

**FINGER - 38**
Composite Flexion (Active Extensor Stretch)



Curl fingers into fist, bend wrist down and straighten elbow.
Hold __5__ seconds.
Repeat __10__ times.  Do __2__ sessions per day.
*Copyright VHI 1993*

**FINGER - 39**
Composite Extension (Passive Flexor Stretch)



Sitting with elbows on table and palms together, slowly lower
wrists to table until a stretch is felt. Be sure to keep palms
together throughout stretch. Hold __5__ seconds. Relax.
Repeat __10__ times. Do __2__ sessions per day.
*Copyright VHI 1993*

Evidence E.O.P    FOr

Appointment oF counsel

EXHibit    B

California Medical Facility

## CASE MANAGER PROGRESS NOTE
### for
### Bipolar I Disorder

Department of Corrections and Rehabilitation

| Number | F11343 | Last | Walker | First | Jeffery | House | L-314S | Date | 12/6/06 | | CMF |
|---|---|---|---|---|---|---|---|---|---|---|---|

### The Controlling Axis I Diagnosis for this patient is:

Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

**Axis II**

Paranoid Personality Disorder

| Previous Suicide Attempts | Yes | Number of Previous Attempts | 4 |
|---|---|---|---|

**Axis III**

| Year of Last Attempt | 2006 |
|---|---|

Pandering

Keyhea Expires | Release Date 1/10/15

Current Bipolar Score | 27
Previous Bipolar Score

| Current Problem List | Current Status | Risk Assessment | |
|---|---|---|---|
| Hypomania | Remains the same | Suicide | Low |
| Paranoia | Appears to be getting worse | Aggressive | Low |
| Suicidal Threats | Denies current suicide ideation | Self Injury | Medium |
| | | Unpredictable | Low |

Spell Check

| Reason Seen | Consult | Date Seen | 12/4/06 |
|---|---|---|---|

### Plan from last MH-2

Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision. According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

### Subjective

Patient returned to I-3 from L-3 on 12/3/06. He reported the following sxs as a result being double-celled: increased anxiety, shortness of breath, & flashbacks. He stated, "I'm like a time bomb", when reporting his emotional state. He reported AH that told him to get cellee before he gets to him; but stated that he may harm self first. He felt as though he was in harm's way because of family member in law enforcement & testimonial against custody staff in previous legal case. Also, endorsed having ESP as per "God's blessing."

### Objective

Patient was casually dressed & neatly groomed. He was ambulatory; slender. He was cooperative & communicative. Mild psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tearful, anxious. Thought content was on housing issues & safety; thought process was circular & illogical, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed possible harm to self, & maybe cellee. Endorsed AH; denied VH.

### Assessment

Patient was oriented X3. He appeared to be more distressed & hypervigilant than at interview a few days ago. He was interviewed by Dr. McCarver & this writer. Referral to an Intermediate LOC Facility was considered, but not needed given patient's claim that he would harm self before others if not in single cell. At this time, he continues to not seem appropriate for CCCMS LOC.

### Plan

Referred to Dr. James for medication evaluation. Patient refused medication. He will be referred to EOP LOC with temporary single cell until patient can be stabilized enough to return to CCCMS LOC.

### Education

| Date Arrived on Wing | 6/26/06 | | Clinician | Mitchell | |
|---|---|---|---|---|---|

CASE MANAGER PROGRESS NOTES
MH-3

CCCMS

Confidential Patient/Client Information
Department of Corrections and Rehabilitation

Date Printed 12/6/06

State of California

| CDC# | F11343 | | |
|---|---|---|---|
| Last | Walker | First | Jeffery |
| DOB | 9/18/63 | Institution | CMF |
| Eth | Bla | House | L-314s |

California Medical Facility

**CASE MANAGER PROGRESS NOTE**
for
**Bipolar I Disorder**

Department of Corrections and Rehabilitation

| Number | F11343 | Last | Walker | First | Jeffery | House | G-311L | Date | 12/1/06 | CMF |

**The Controlling Axis I Diagnosis for this patient is:**
Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

Axis II
Paranoid Personality Disorder

| Previous Suicide Attempts | Yes | Number of Previous Attempts | 4 |

Axis III

Year of Last Attempt | 2006

Pandering

Keyhea Expires Release Date | 1/10/15

Current Bipolar Score | 27
Previous Bipolar Score

| **Current Problem List** | **Current Status** | **Risk Assessment** |
| Hypomania | Appears to be getting worse | Suicide | Low |
| Paranoia | Appears to be getting worse | Aggressive | Low |
| Suicidal Threats | Denies current suicide ideation | Self Injury | Medium |

Spell Check

| Reason Seen | Consult | Date Seen | 12/1/06 | Unpredictable | Low |

**Plan from last MH-2**
Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision. According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

**Subjective**
Consult requested by Unit ICC2 Prebula. Patient stated that he arrived at I-1 this afternoon & found that his 'S' suffix had been removed. He reported that he had single cell due to hx of violence toward cellee as result of "inappropriate touching" by a cellee in 1994. He attempted suicide & later became violent toward all cellees. He stated that he has thoughts of harming his cellee, but doesn't want to hurt him. He feels angry, depressed, irritable, intrusive thoughts of past assault, & paranoia regarding current situation have increased

**Objective**
Patient was casually dressed & neatly groomed. He was ambulatory; slender. He was cooperative & communicative. No psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tense, anxious. Thought content was on single cell needs; thought process was circumstantial, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed desire to harm cellee. No VH/AH endorsed or observed.

**Assessment**
Patient was oriented X3. He presented as distressed & hypervigilant. He is unpredictable per his report & presentation. As patient had just arrived to CCCMS, he had not yet received an interview or assessment by the team. At this time, he doesn't appear to be appropriate for placement in CCCMS; but requires a higher LOC.

**Plan**
Custody officers, CC2 Prebula & CC1 Haley, were advised & agreed to move patient to higher level of care. Patient was moved to EOP status for further evaluation & determination of appropriate housing needs.

**Education**

| Date Arrived on Wing | 6/26/06 | | Clinician | Mitchell | |

CASE MANAGER PROGRESS NOTES
MH 3

GP

Confidential Patient/Client Information

| CDC# | F11343 |
| Last | Walker | First | Jeffery |
| DOB | 9/18/63 | Institution | CMF |

Department of Corrections
and Rehabilitation | State of California | Date Printed 12/1/06 | Eth | Bla | House | G-311l |

California Medical Facility    **CASE MANAGER PROGRESS NOTE**    Department of Corrections and Rehabilitation
for
**Bipolar I Disorder**

| Number F11343 | Last Walker | First Jeffery | House G-311L | Date 12/1/06 | CMF |

**The Controlling Axis I Diagnosis for this patient is:**

Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

**Axis II**

| Paranoid Personality Disorder | **Previous Suicide Attempts** Yes | **Number of Previous Attempts** 4 |

**Axis III**

**Year of Last Attempt** 2006

Pandering    Keyhea Expires    Release Date  1/10/15

Current Bipolar Score 27
Previous Bipolar Score

| **Current Problem List** | **Current Status** | **Risk Assessment** | |
|---|---|---|---|
| Hypomania | Appears to be getting worse | **Suicide** Low | |
| Paranoia | Appears to be getting worse | **Aggressive** Low | Spell Check |
| Suicidal Threats | Denies current suicide ideation | **Self Injury** Medium | |
| **Reason Seen** Consult | **Date Seen** 12/1/06 | **Unpredictable** Low | |

**Plan from last MH-2**

Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision.   According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

**Subjective**

Consult requested by Unit I CC2 Prebula. Patient stated that he arrived at I-1 this afternoon & found that his 'S' suffix had been removed. He reported that he had single cell due to hx of violence toward cellee as result of "inappropriate touching" by a cellee in 1994. He attempted suicide & later became violent toward all cellees. He stated that he has thoughts of harming his cellee, but doesn't want to hurt him. He feels angry, depressed, irritable, intrusive thoughts of past assault, & paranoia regarding current situation have increased.

**Objective**

Patient was casually dressed & neatly groomed. He was ambulatory, slender. He was cooperative & communicative. No psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tense, anxious. Thought content was on single cell needs; thought process was circumstantial, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed desire to harm cellee. No VH/AH endorsed or observed.

**Assessment**

Patient was oriented X3. He presented as distressed & hypervigilant. He is unpredictable per his report & presentation. As patient had just arrived to CCCMS, he had not yet received an interview or assessment by the team. At this time, he doesn't appear to be appropriate for placement in CCCMS; but requires a higher LOC.

**Plan**

Custody officers, CC2 Prebula & CC1 Haley, were advised & agreed to move patient to higher level of care. Patient was moved to EOP status for further evaluation & determination of appropriate housing needs.

**Education**

| Date Arrived on Wing | 6/26/06 | Clinician | Mitchell | |

CASE MANAGER PROGRESS NOTES
MH 3

Confidential Patient/Client Information
Department of Corrections

GP

| CDC# | F11343 |
| Last | Walker | First | Jeffery |
| DOB | 9/18/63 | Institution | CMF |

Date Printed

| Eth | Bla | House | G-311L |

CA MEDICAL FACILITY

Jeffery Walker F/1343
CMF P.O. Box 2000
Vacaville CA. 95696-2000

RECEIVED

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Court House

450 Golden Gate Ave

San Francisco CA. 94102-3661

Confedential
Mail