FILED
FEB -5 PM 1:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffery Eugene Walker
                        Plaintiff,

vs.

Captain Jane doe
John doe 1, John doe 2
gene doe
                        Defendant.

CASE NO. CV 08 0801 CRB (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Jeffery Walker, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__    Net: _____

Employer: _____

_____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _Mr. Wonderful entertainment Business owner_
4  _____
5  _____

6  2. Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.   Business, Profession or               Yes ___ No ✓
9           self employment
10     b.   Income from stocks, bonds,         Yes ___ No ✓
11          or royalties?
12     c.   Rent payments?                     Yes ___ No ✓
13     d.   Pensions, annuities, or             Yes ___ No ✓
14          life insurance payments?
15     e.   Federal or State welfare payments,   Yes ___ No ✓
16          Social Security or other govern-
17          ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____

22 3. Are you married? _seperated 14/15_   Yes ___ No ___
23 Spouse's Full Name: _Angela marie Walker (Thomas)_
24 Spouse's Place of Employment: _unknown_
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $ _N/A_      Net $ _N/A_
27 4.   a.   List amount you contribute to your spouse's support: $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

1  , and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  __My Family has custody of all kids__
4  _____
5  5.   Do you own or are you buying a home?      Yes ___ No ✓
6  Estimated Market Value: $ ___—___ Amount of Mortgage: $ __N/A__
7  6.   Do you own an automobile?                 Yes ___ No ___
8  Make ___—___ Year __N/A__ Model _____
9  Is it financed? Yes ___ No ___ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
12 Name(s) and address(es) of bank: __Wells Fargo__
13 _____
14 Present balance(s): $ __Negative__
15 Do you own any cash? Yes ___ No ✓ Amount $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ___ No ✓
18 _____
19 8.   What are your monthly expenses?
20 Rent $ __I'm in custody__ Utilities: ✓
21 Food: $ ___—___ Clothing: ✓
22 Charge Accounts:
23 Name of Account          Monthly Payment          Total Owed on This Acct.
24 __N/A__                  $ ___—___                $ ___—___
25 __N/A__                  $ ___—___                $ ___—___
26 __N/A__                  $ ___—___                $ ___—___
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

RIS. APP. TO PROC. IN FORMA PAUPERIS                      - 3 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

1
2
3  10.    Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?   Yes ___  No ✓
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7
8
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  1-29-08                          Jeffery Warker
15  DATE                             SIGNATURE OF APPLICANT

- 4 -

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

F11343

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __WALKER, J.__ for the last six months at
[prisoner name]

__CMF__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __-0-__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __-0-__.

Dated: __12-13-07__          _M. Abrues_ (signature)
                    [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                              REPORT DATE
                                                                     PAGE NO
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIFORNIA MEDICAL FACILITY
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 13, 2007 THRU DEC. 13, 2007

ACCOUNT NUMBER  : F11343                       BED/CELL NUMBER: MIL10000
ACCOUNT NAME    : WALKER, JEFFERY                 ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                              TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                               TRUST ACCOUNT SUMMARY

    BEGINNING       TOTAL          TOTAL          CURRENT         HOLDS        TRA
     BALANCE       DEPOSITS      WITHDRAWALS      BALANCE        BALANCE       TO
    ---------    ----------    -------------    ----------    ----------    -----
      0.00          0.00           0.00            0.00          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 12-13-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

Important Notice in filing to the court

If the court has qeustions as to the filing if late I would note the following:

1. I have been under mental health treatment since 2005 and have been continousl in mental health ever since in wich has made my ability ti file at times dif ficult do to a mental condition that inables me to stay focused or concentra and other mental health issues.

See: Attached documents Medical also filed in a suit seperate from this claim.

2. I Put in for notice of proof of funds prior to any due dates and have inclose a copy report date 12-13-07 sent in 12-11 07 and just recieved on January 4 07 notice for pick up date.

3 a copy of Legal deadline ducat is also placed in these documents of proof.

I swere under penalty of perjury theforgoing statements are true to my best ability to recall.x---*Jeffery Walker*---xDate---*1-19-08*---------
                                  *Jeffery walker*

Jeffery walker f 11343