IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN ST OF CALIFORNIA

"District"

FILED
08 APR -7 PM 5:07
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffer E Walker,<br>   plaintiff<br><br>vs.<br><br>John Doe, et al.,<br>   Defendant | No. C 08-0801 CRB (PR)<br><br>MOTION<br>Brief In opposition<br>To Dismiss and Amend<br>Discovery Motion |

Rule 26 through 37, Fed.R.Civ.P If not current please understand I am not experienced at this but am attemting to get the names of the John and any Jane does involved at the county Jail in both official and medical. I am not able to have a meeting with these parties to obtain these documents so I ask the court to order the production of the following information from SanFrancisco county Jail these documents and Info needed are.

1. Any and all Incident reports By CJ_- 1 on slicing or cutting wrist
   Between the mounths of May-2005 to January 2006 Jail number #2219428

2. Any and all Bed moves between Same time as above and dates.

3. Any and all reports of calls to Medical and all staff involved

4. Any and all Documents written by staff who witnessed or were told
   of Me Cutting my wrist betweent same dates as above and there version.

5. Any and all locations of Cutting wrist incident reports Same dates

6. Any and all investigation unto incidents Same dates

1  7. Any and all Super visor officials notification of cutting wrist
2     Incidents between may 2005 & January 2006 CJ_1
3
4  8.Any and all grievances from May 2005 to January 2006 CJ-1
5  9.Any and all Jail investigation complaint investigated and by who
6  10 Any and all names of Captains in CJ-1  During Same mounths
7  11.Any and all Internal affairs from outside agency conducted between
8     May 2005 till March 2008 concerning complaints filed to them.
9  12.Any and all cellies names housed with in CJ_! Same time period.
10 13.Request to later add or Amend additional Information needed in defense.
11                    Mediacal Request
12              Pleas Order Medical & Mental health
13
14 To release copies of any and all Mental health referals and Admittances.
15 Between the mounths of May 2005 and January 2006
16 2.Any and all medical staff names who were notified or did an assesment
17 3.Any and all mental health Assesments and reports & referals during
18    Same times noted.
19  3.Any and all referals to mental health after cutting wrist in CJ-1
20 4..Any and all medical medication or medical treatment Same times
21 5.Any and all Mental health treatment during same time.
22                   Request that all parties
23                          Submit
24 any and all documents Etc.Concerning referals or placements into the
25 Safety cell In CJ - 1 Same time period noted May 2005 to Jan-2006
26                       Last rquest
27 Internal affairs legal investigations and officers involved investigating
28 Submitt all the investigation info done on complaints Same time

1  This information and request is critical so as to be able to Identy
2  The parties involved and note who did what that cuased each act or offense.
3
4  In order for me to have a fair review these documents are neede were
5  Staff have ignored my request even Internal Affairs.
6  See:Exhibit A Attached.
7
8  1.County Jail SanFrancisco 850 bryant street
9  2.mental health 850 bryant street
10 3.Internal Affairs Agent L.T Qauntico 25 Vaness av,SanFrancisco Ca.
11   94102 Suite # 350 Or to any party responsible for litigation
12  or investgative  who may be at a seperate office.
13
14         Request for an Extention of time to Respond
15            And Amend the names after discovery
16       And Request a demand for Jury trial after submittle
17         Request U.S. Marshals to serve all parties with
18                court order and request info
19                                    Very truly yours
20                                    Jeffery walker Sr.
21
22                                        thank you
23
24
25
26
27
28

**FILED**

MAR 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY E. WALKER, | )<br>) |
| Plaintiff(s), | ) No. C 08-0801 CRB (PR) <br>) |
| vs. | ) ORDER OF DISMISSAL WITH <br>) LEAVE TO AMEND |
| JOHN DOE, et al., | )<br>) |
| Defendant(s). | ) |

Plaintiff, a prisoner at the California Medical Facility in Vacaville, has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that, while he was at the San Francisco County Jail, jail officials denied him adequate mental health treatment. Plaintiff only names John and Jane Doe defendants.

**DISCUSSION**

A.   Standard of Review

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be

granted," or "seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b). Pro se pleadings must be liberally construed, however. Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. West v. Atkins, 487 U.S. 42, 48 (1988).

B. Legal Claims

Deliberate indifference to serious medical needs violates the Eighth Amendment's proscription against cruel and unusual punishment. See Estelle v. Gamble, 429 U.S. 97, 104 (1976). But in order to state a cognizable claim for damages under § 1983, plaintiff must set forth specific allegations showing how each defendant's actions and/or omissions were the "actual and proximate cause" of the deprivation of which plaintiff complains. See Leer v. Murphy, 844 F.2d 628, 634 (9th Cir. 1988). Plaintiff has not done so.

Plaintiff may have a cognizable claim for damages under § 1983 against the individual Doe defendants. But in order to proceed, plaintiff must identify the Doe defendants, and amend his complaint to name them and set forth specific facts as to how each individual defendant violated his rights. See Wakefield v. Thompson, 177 F.3d 1160, 1163 (9th Cir. 1999). Plaintiff will be afforded 30 days from the date of this order to identify the unknown Doe defendants and amend his complaint.

## CONCLUSION

For the foregoing reasons, the complaint is dismissed with leave to amend, as indicated above, within 30 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order

2

1  and the words FIRST AMENDED COMPLAINT on the first page. Failure to
2  file a proper amended complaint within the designated time will result in the
3  dismissal of this action.
4       Plaintiff is advised that the amended complaint will supersede the original
5  complaint and all other pleadings. Claims and defendants not included in the
6  amended complaint will not be considered by the court. See King v. Atiyeh, 814
7  F.2d 565, 567 (9th Cir. 1987).
8  SO ORDERED.
9  DATED: March 14, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Walker, J2.dwlta.wpd

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFERY EUGENE WALKER,

    Plaintiff,

v.

JOHN DOE et al,

    Defendant.
    _____/

Case Number: CV08-00801 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: March 14, 2008

    Richard W. Wieking, Clerk
    By: Barbara Espinoza, Deputy Clerk

**Case Name:** People v Jeffery Walker C08-0801 CRB

**Case Number:** A112776

**Court:** First Appellate District

## PROOF OF SERVICE BY MAIL

I, Jeffery Walker, declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on 3-30-08 I served the attached: a true copy of the attached:

Motion letter brief — Re-clarification and request of brief submitted on Appeal that was misunderstood please amend with clarification, 6 pgs letter brief, Exhibits A, B, C

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

Attorney at Law
Linda M Leavitt
5214 F Diamond Heights
PMB 312
San Francisco CA. 94131

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on the 3-30-08 at California Medical Facility, Vacaville, California.

Jeffery Walker
**Declarant**

_Jeffery Walker_
**Declarant's Signature**

From:
CMF P.O. Box 2000
Vacaville CA. 95696-2000

Office of the clerk U.S. District court
Northern District of California
450 Golden Gate Avenue
San Francisco CA. 94102

Confidential
Legal Mail

LEGAL MAIL