IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY E. WALKER, | ) | |
| Plaintiff(s), | ) | No. C 08-0801 CRB (PR) |
| vs. | ) | ORDER |
| JOHN DOE, et al., | ) | |
| Defendant(s). | ) | |

Per order filed on March 14, 2008, the court dismissed plaintiff's complaint with leave to amend within 30 days. The court explained that plaintiff must identify the Doe defendants through discovery, and file a first amended complaint naming them and setting forth specific facts as to how each individual defendant violated his rights.

Plaintiff has responded with a discovery request for the court. Plaintiff must conduct his own discovery. The court cannot do it for him. In the interest of justice, he will be afforded 60 days from the date of this order to identify the Doe defendants through discovery and file a first amended complaint as directed earlier. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

SO ORDERED.

DATED: April 15, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Walker, J2.or1.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY EUGENE WALKER,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN DOE et al,<br><br>        Defendant.<br>_____/ | Case Number: CV08-00801 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: April 15, 2008

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk