IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WALKER, | No 08-0801 CRB (PR) |
| PLAINTIFF | COMPLAINT UNDER THE |
| VS | CIVAL RIGHTS ACT 42 U.S.   1983 |
| JANE LOVELLE SITE MANAGER | AMENDEDED REQUEST AND NEW |
| CAPTAIN JANE DOE CJ-2 | COMPLAint filed with correction |
| CAPTAIN JANE DOE CJ-2 | |
| SRGT  DOE CABE BE CJ _8 | and notations of dates of incidents |
| JO ROBINSON | in violation.and a request to later |
| DR.WOODARD | |
| AMY COHEN | amend the rest of the Jane orJohn does |
| FAIR GARDNER | |
| DON SEAVER | and to complete the full name not know |
| TAWNYA WEISHERT | |
| DR.MOORIS | in wich i would also request an |
| LAM CHEE | |
| JOAN CAIRNS | extension of time to get the rest. |
| LT PAULSEN | |
| ERIKA FALK | |
| TERRISA RICHARDSON | |
| REINA FONG ; sued in their | |
| individual and official capacities | |
| Defendants. | |

------------------------------------

Violation of the eigth Amendment deliberate Idifference and neglegence to provide safe housing as well as prejudicial and discriminatory acts inwich deprived plaintiff of the Equal protections of the procedural policies to the prevention and entervention of self injurous or suicidal attepts

as a result all parties noted aboves neglegence it Created cruel and unusual punishment and placements in Safety cells for punishment rather than for mental health treatment|as well as S.A.P.H housing|wich also was not done for mental health treatment|thus denying plaintiff of treatment.

1 **and thus allowed plaintiff to be injured numerous times with no help**

2 **and thus leaving plaintiff with life time injuries as well as mental**

3 **health issues for life.**

4

5 II.Statement of claim

6

7 Starting Between the Mounths of June.2005 and January 17 2006 Mental health

8 and custody had both placed Plaintiff in Threatning and Paranoid sittuations

9 that has resulted in self injurous and suicidal behavior and in all sitt-

10 uations had caused mental health deteriation starting from:

11

12 1.on 6 10-2005 plaintiff had first made known his paranoia to LVN Theodore

13   Barrantes and Robert Steiner Who had noted plaintiffs concerns and comp-

14   laints that were causing Mental health deteriation and flash backs of

15   prior prison incidents of assaults and riots shooting death of aninmate

16   while in a gladiater fight and other acts inwich only some were recorded.

17   It should also be noted that plaintiffs arrest charges had become an issue

18   and it noted in the mental health files.

19 2.on 7-14-05 Plaintiff was placed in Safety cell after notifying S.,F.S.D

20   he was having suicidal thoughts he had spoken to:Raymond bashistan**MFT**

21   **Raymond Bashista had spoken with Jane Lovelle** who was the SITE MaNager

22   and Both had approved S/C Placement when noting Plaintiff did not meet

23   the criteria.Both are being sued in their individual and official capacit-

24   i.es for placing in the safety cell as punishment and thus disregarding

25   plaintiffs mental health issues, *Denying plaintiff adeqaute treatment.*

26 3. on 7-15-05 Jane lovelle approved S.A.P.H. Housing with no intentions

27   of treating plaintiffs mental health problems

28

1  4.Dr Morrison and Jane lovelle had discussed plaintiffs case and had released him to

2  G.P. a non mental health unit and had failed to privide mental health treatment,

3  as a res.ult plaintiff attempted to commit suicide.Lt.Stepp had came to talk to

4  plaintiff were he had clibed up some bars in a holding tank and was going to dive

5  head first until she interveined and prevented this.after this discussion the next

6  day plaintiff was housed bach into S.A.P.H. Housing, ⊂⊅⁻ 8

7  Dr.Morrison and jane lovelle are being sued for this act in there individual and official

8  capacities.as a result of there neglegence plaintiff had to suffer cruel and unusual

9  punishment and a deteriation in mental health staus and was placed back in the S/c

10  not for mental health reasons but for punishment

11  5.on 7-21-05 Raymond bashista notes Paranoia during enterview.

12  6 on 7-26-05 Dr Don seaver notes to continue S.A.P.H Housing noting plaintiff is still

13  to fragile emotionaly.

14  7.Fair Gardner MA Noted Plaintiffs complaint of being sexualy propositioned by anoother

15  inmate in another pod C  wich caused further deteriation and staff still failed to

16  treat Plaintiff

17  8.plaintiff had befriended Tw Tara White a female who was also housed in mental health

18  were her and plaintiff had become close and on 8-2-05 plaintiff had made a complaint

19  to Amy Cohen PHD working CJ   that staff had kept the letter written to TW  and had

20  left it on the desk.

21  9.on 8-5-05 Amy Cohen had noted Plaintiff was lecturing his female Friend but did not

22  note it was due to staff Sheriff officers encouraging Inappropriate sexual acts

23  and that I told her to stop and staff got upset .

24  10.This was confirmed on 8-7-05 were Tessa richardson over heard plaintiff calling

25  the sheriis officers rude,racist and perverts,after this, staff had deemed plaintiff

26  a problem and had reversed the sittuation by falsifying reports and thus used

27  plaintiffs charges to say he was the problem and was sexualy harrasing Tw.

28  г·

3,

1  **11. 8-8-05** Plaintiff was assaulted by officer quin and Mental health had failed to

2  prevent or entervein to Safely house plaintiff and thus Fair Gardner had also

3  Falsified a report in stating that plaintiff was a problem and had Placed plaintiff

4  on a 5150 and a couple hours later, Joan cairns and Jane lovelle had removed the

5  5150 hold threat to others, and had plaintiff rehoused in CJ 2 adsag disciplinary

6  housing thats not mental health wich was done as punishment and were a denial of

7  mental health treatment had accured.

8  so I am also suing Joan Cairns and Jane lovell for denying treatment and moving plaintiff

9  to a non mental health unit for disciplinary reasons and as a result Plaintiff had

10  become a threat to the safety of others in new unit and had to be placed back in

11  Safety cell .

12  **12.**Not long after Plaintiff had arrived in new unit plaintiff was placed back in the

13  safety cell were both custody had allowed plaintiff to:

14  1,Cut Wrist 2.Punch the walls causing injuries were blood was noted to have been

15  seen and were plaintiff had also hurt his neck while banging headed in S/c

16  to were plaintiff had endored this treatment for a second day until he was taken to

17  Sanfrancisco General hospital for treatment.

18  Lam Chee Rn Had watched plaintiff several times hurting himself and becau plaintiff

19  had asked for help to stop and requested restraint chair and it was denied

20  so Lam Chee is also being sued in individual and official capacities.

21  Kim Morrison had noted that officer John or Jane Doe had accidently admitted utincal

22  and therefore this officer John or Jane doe is also being sued in their individual

23  and official capacity due to there neglegence plaintiff had been able to injure self.

24  **8-13-05** Amy Cohen Also kept plaintiff in this predicument even after being notified

25  of injuries etc, and  Raymond bashista MFT Had noted he will not place plaintiff

26  on 5150 hold denying plaintiff treatment but had left him in S/C stating no mental

27  health problem and thus used the room as punishment instead of for treatment.

28  so both are being sued for this.in their official & individual capacities

$$4,$$

1 **13. on 8-15 x rays were done on plaintiffs hands from injuries in S/c**

2 on 8-24-05 Ray bashista had found plaintiffs website and notes plaintiff as a pimp

3 and says there were his girls with him wich was prejudicial as plaintiff is not a pimp

4 had not been charged with pimping and yet this defamation of character was being con-

5 tinously used and had been discussed and calling plaintiff a preditor when infact plaintiff

6 was aquitted of sexual assualt alligations.

7 14. 8-26-05 It was noted that plaintiff recieved bad news from court by Don seavers

8    and were plaintiff had expressed his seriouness of the charges and facing life

9    and thus was placed twice in safety cell again.

10 15. on 8-28-05 a meeting or conference was being conducted to adress plaintiffs case

11 by Jane lovelle,JPS CJ_@ CJ 1 captains  before incident

12    Plaintiff was rehoused in a non mental health unit.
13

14 15. on 9-2-00 Plaintiff had been placed in a restraint chair on a 5150 hold and Tx To

15 Sanfrancisco general Hospital and was placed in 7L suicide unit.

16 16. plaintiff was deemed a problem and a plan was being put in place to move him out the

17    unit.

18 17.on 9-6-08 AMY Cohen PHD misrepresents the facts concerning plaintiff and his housing

19    but on that same day a plan was being put together not for mental health reasons there

20    goal being to diminish plaintiffs negative behavior and disruptive influence as much

21    as possible.

22 **18.** On 9-8-05    Behehavioral and clinical management plan for Mr Walker was nothed

23    by Jane Lovelle,Captain Jane doe Cj 1,Captain jane doe cj-2,Srgnt Cabebe, S.F.S.D

24    Jo Robinson,Dr Woodard and JPS Site managers Doe defendats Staes:

25                              Premeditation

26    mr walker will be housed in adsag in a cell with another inmate( currently he has a

27    do not house alone on his housing card  See added pages:

28

1          The clinical and behavorial plan for Mr.Walker

2   1)Should he ingage in superficial self harm behaviors(Scratching,superficial

3     nics,etc.) he will be trasported to medical,JMS Staff will treat him and

4     he will return to his cell.

5     Plaintiff was placed in a cell with another inmate and was feeling suicidal

6     and was suffering from paranoia and he took a Razor and cut his wrist

7     he was taken to JMS Medical were he told Sherman Hool at 11:53 cj1 Rn

8     custody was advised per management orders to house Plaintiff back in
9
      same cell he cut himself in. Officer Cooper and John and officer Johnson
10
      and senior deputy burriss had escorted Plaintiff back to his cell.
11
      12:51 an hour or so later Plaintiff cut himself again with a Razor this
12
      Time deeper approxamatly a 1 inch long gaping lac with moderate amount
13
      of bleeding cleansed & applied pressure dressing.
14    **Jane Lovelle site manager** Had informed SantiagoHayo Rn & Custody

15    to send Plaintiff to MEH for possible suturing.

16    2.)If he engages in more serious self harm gestures that may require sutures

17    etc.he will be transported to meh to recieve medical treatment.when medicaly

18    cleared he will return to the jail-**He should not go to 7-1.**

19    **3.)** if he does however meet criteria 5150 he will be placed in safety cell

20    while awaiting tx to 7 L **4.)**If he engages in serious self harm in the safety

21    cell then he should be placed in restraint chair and the he would be tx

22    emerency admitted to meh.Mr Walker should not be placed in restraint chair

23    Just for threats of self harm

24    as a result of all parties noted in the agreement neglegence wich resulted

25    in injury and caused cruel and unusual punishment denying plaintiff of

26    mental health treatment and discriminating against him are all being

27    sued in there individual and official capacities.

28

1 on 9-12-08 Plaintiff was brought back to the jail and placed back in the
2 same cell he had sliced his wrist with a razor three times several days
3 earlier in wich he was admitted to S.F.G.H and was returned this day.
4 Staff were aware of his suicidal statements and placed him in that cell anyway
5 as a result of there neglegence and failure to provide adequate mental health
6 treatment and safe housing Plaintiff once again cut his writ with a razor
7 in G tank. Jane lovelle sitemanagers notes printed 9-12-08
8 Plaintiff was taken to the hospital and the S.F.G.H contacted the Jail and
9 said enough was enough and for them to provide Safe housing and it was the
10 agreed to house plaintiff were he should have been all along in S.A.P.H
11 Mental health Unit 7-L staff had denied him of this treatment on the pretext
12 that his goal was to be close to a female TW who he has menacing attachment
13 to but they then place him right next door to her in rm 1 she was in rm 2
14      Through the mounths of september 2005 to Jan 2006 Plaintiff had s
15        not recieven any treatment and was ignored at all request for hel
16

17 When court had started plaintiff had ups and downs and was suffering with a
18 variety of mental health issues and had no one to confide in when he tried
19 to discuss his issues he was treated as if he was a behavioral problem rather
20 than a patient:On 9-25 Fair garner noted that mental health needs to pay
21  attention to Mr.Walker when his verdict will come wich he might be at the
22 time dangerous to acting out.

23 All staff had known this includind site manager Jane Lovelle but
24  Plaintiff had suffered several assaults on him by Sheriffs deputies while
25 in S.A.P.H Housing and had ended up back in S.F.G.H Hospital and admitted
26 to & L for treatment
27
28

1  1-3-05 Plaintiff had been placed in a restraint chair again and had complained

∂f being assaulted by sherrifs deputies who he had made sexual harrasment com-

p̸ complaints against to protect his friend TW Tara White.

4 Liza Dalmacio noted 1-6-05 Plaintiff said that deputy Jones assaulted him

5 and shown his face saying the mark is from a Foot print by sherriffs.

6 It was noted on 1-8-05 By Erika Falk Plaintiff was yelling at a sheriffs deputy

7 calling him a pervert saying he touches himself and verbaly abusing and alleged

8 Inpropriety. so staff had elected to get rid of Plaintiff despite his mental

9 condition and despite his court sittuation and a possible threat to harm

10 himself as noted many times stating to watch plaintiff during sentencing.

11

12 On 1-10-05 Erika Falk noted again Plaintiff having was observed making derog-

13 atory comments to W Chambliss and having a running commentary on the leval of

14 professionalism displayed by various staff.

15      Remove from S.A.P.H Dated 1-13-06 4 days before plaintiffs sentencing

16  ordered and approved by classification St.Hillare  Jane Lovelle and site

17 managers all acting in a conspiracy to allow plaintiff to committ suicide

18 after his verdict or Hurt himself.

19 On 1-17-05 Sentencing Plaintiff had returned to his adsag cell and asked

20 for a razor when he was still under mental health follow ups and a no razor

21 policy officer Jane Doe gave him a razor and there adter Plaintiff had cut

22 his wrist Noted by John smith Nurse, Lam Chee, and jenniffer Shealy LCSW

23 as a result of mental health neglegence in prevention and intervention from

24 a sittuation they had neww would happen had caused plaintiff to injure himself

25 and retain a life time injury and mental health treat ment. Plaintiff had suff

26 ered physicaly mentaly emotionaly for mounths and then this happened.

27 I swere under penalty of perjury the foregoing statements are true to the best

28 of my ability to recall and based on medical reports.

X--_Jeffrey Went U_____Date: _June 9-08_

_Juffrex WM/KCV_ Request and demand for Jury Trial

1                         Prayer for relief

2                        Demand for Jury trial

3  compensatory Damages

4  1.) 1.ooo.ooo.ooo million Dollars Jointly and severlly against defendants

5     Jane Lovelle,Captain Jane Doe CJ 1,Captain Jane Doe CJ 2 ,SRGGT Cabebe

6     Jo Robinson,Dr Woodward and any othersite manager does later Identified

7     with the agreements 1-8-05 for the physical and emotional injuries

8     sustained as a result of the plaintiffs Injuries and emotional issues.
       and fauilures to provide adequate mental health treatment.
9

10 2) 100.000 Jointly and severily against defendants Fair Gardner,Amy Cohen

11    Tawnya weiser,Lam Chee,Terrisa Richardson,Reina Fong,Dr moorison,don seaver,

12    Joan cairns, Jane lovelle for the punishment and emotional injuries resultin

13    from there failure to provide adequate mental health treatment.

14

15  Punative damagesIn the following amount as staed to all parties up above

16  noted in the same amounts to each defendant and any other such relief

17   as it appears that plaintiff is entititled from state, county,and jail

18   itself and any other areas not known to Plaintiff.
                                                         June 9-08
19  Respectfuly Submitted      x-- Jeffrey Walker x- date------------------
                                     Jeffrey Walker
20

21

22
23  all parties were acting under color of state authority
24  during all acts noted in violation of civil rights.
25

26

27

28

                                  9

1

2

3              **IN THE UNITED STATES DISTRICT COURT**

4              **FOR THE NORTHERN ST OF CALIFORNIA**

5

6

7 **JEFFERY E WALKER,**    )         No. c 08-080 ΄ CRB (PR)
                  )

8      **plaintiff**     )         MOTION
                  )

9 **vs**               )     for extension of time and to amend
                  )

10 **John Doe,et al.,**   )     the John and Jane Does and a request

11                      for a subpoena order be granted.

12

13   On April 15 2008 The court gave an extension of 60 Days to amend the John

14  Doe fefendants and noted plaintiff must conduct his owne discover.   on 3-29-06

15  Plaintiff had sent out a letter to sherriff Legal counsel requesting the medic-

16  al reports and names of the medical and John doe sherriffs.noted in exhibit (A

17  as proof of service sent to them. These documents were reveiwed by IAU  in-

18  vestigations who requested these documents they had also enclosed a taped

19  recording interview with me making the complaint. However the names of the

20  medical and sherriffs are not in whole on this incident.And to recieve them

21  I need to subpoena for that information as noted in letter sent back.

22  Please note that the SanFrancisco county Jail also is ignoring any of my

23  request and attempts to gather information.Ive requested all grievaces,

24  investigation reports from interviews Etc.And they have failed to respond.

25  Now I am requesting the following by way of subpoena attached as to obtain

26  the names of the John and Jane does involved with  violating my rights.

27  and I Request an extension of time,please note that it may be necassary

28  for the appointment of counsel  ue to staffs evassions of these issues.

1 also note that the sanfrancisco general hospital will not release any of

2 There mental health or hospital records to any body in custody due to:

3 HIPAA regulations.See:Exhibit C were I had made a request on 10-25-07

4 to the sanfrancisco general hospital and on November 7 2007 they had

5 responded.I thought these reports would be in the Investigation reports

6 but i do not have all the documents from medical and mental health notations.

7 it may be necassary for my attorney request to be honered that was included

8 in the filings. Because i am in custody i am not able to do the investigations

9 and gather the evidence to support my claim.The Jail also is refusing to respond

10 to any of my letters sent requesting any reports grievances,investigations Etc.

11 and most defenantly will not give me the full names of parties.

12 I would hope that by the evidence and attepts made that the court will see that

13 I have a claim Shown in exhibit (A) wich would support that after the agreement

14 on 9-8-05 I had Injured myself in suicidal and or because of mental health

15 Problems cutting my wrist three times with a razor blade on the same Day

16 were staff had failed to provide the adequate Housing    treatment and had

17 deliberatly,wilfuly and Intentionaly disregard the seriousness of my mental

18 condition in wich lead to Injuries,mental health  deteriation and a denial of

19  the equal protections of the laws concerning patients who have the same prob-

20 lems  and the Jail and the mental health are supposed to provide prevention and

21 Intervention of self injurous or suicidal acts. They did not and have  allowed

22 there Prejudice concerning my case factors to over rule the need to treat me

23 Equaly. I have enclosed an amended Statement of facts dates and supporting

24  records to support my claim. Based on these facts i would request an extension

25 of time be made and a court order for the subpoena of the documents requested

26 in Subpoena motion attached and an appointment of counsel to be made.

27

28                                    2



EXHIBIT

# City and County of San Francisco

## OFFICE OF THE SHERIFF



**Michael Hennessey**
**SHERIFF**

**(415) 554-7225**

May 29, 2008
Ref: AL 2008-062

Jeff Walker F11343
CMF P.O. Box 2000
Vacaville, CA 95696-2000

Dear Mr. Walker,

I am writing in response to your letter requesting the records of the investigation of assaults on you. I am enclosing a copy of your medical records obtained at your request with your signed release and a taped copy of your interview. Any other investigation records are only available by subpoena.

Sincerely,

Freya A. Horne
Assistant Legal Counsel

enclosures:   Transcript of Interview
              Investigation Report

**Case Name:**  Jeffery Walker V John & Jane does

**Case Number: s**  1.C-08-0801  2. c-08-0802 3.C-08-0757 CRB PR leave to Amend

**Court:**  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT CA.

# PROOF OF SERVICE BY MAIL

I, _____Jeffery Walker_____ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on  3-29-08 _____ I served the attached: a true copy of the attached:

sheriff legal counsel Letter sent in nov to & New letter & Documents

court cival

notive 7 case #

Board Of Supervisors

1Dr.carlton B Goodlett Pl # 244

SanFrancisco Ca. 94102

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

Board of Supervisors

1Dr.carlton B Goodlett Pl # 244

SanFrancisco Ca 94102

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on the __3-29-08__ at California Medical Facility, Vacaville, California.

_____Jeffery Walker_____
Declarant

_____
Declarant's Signature

'o Sheriff Legal counsel                                    Nov 26-07


My Name Is Jeff Walker Sr.

I have spoken To L.T. Quantico concerning The Investigation unto
The Assaults complained about against the County Jail Officers and
have been told to contact you.
1.I need a copy of all investigation reports

2.Names Of all officers involved who have been Identified

3.All Medical & Mental health reports from Sanfrancisco General & county
   Jail in wich I sighned a certificaưt giving consent to give to  you.
4.Also any Info concerning Who was Identified as medical staff
   Involved with the cutting of my wrist three times in one day
   including officers who were present.
5.Any and all investigations unto the other acts of cutting wrist

I would like to know whats being done and not done were$ am preparing
to file suite against these parties. This info is strikely for legal
purposes.

                     Mr Jeff walker F 11343
                       CMF P.O.Box 2000
                     Vacaville Ca.95696-2000


          Please Forward To me at this adress Thank you

            SanFrancisco County Jail Investigative
       any Qeustions Contact L.T Quantico at 415 554-2380


                       Thank you !

MEDICAL REQUEST

EXHibit C

To : Sanfrancisco General Hospital    10-25-07

This Is Jeff Walker a patient I am requesting all copies of any and all arivals & treatments during the mounths from May 25-07 to January 2006 Including any & all documents to referals & admittance to 7-L mental health including notations of injuries & medications provided. Medical # 16254301212 D.O.B 9-18-63 thats 9-18-63 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 S.O.C I am located at this mailing adress:

Jeff Walker F-11343

P.O.Box 2000

Vacaville Ca.95696-2000

Yacau

Respectfuly Requested Thank you.

Some Info was requested & sent to SanQuentin 1-25-06 however I need all documents from dates noted. Also If possible all documents that SanFrancisco county Jail may have as well # 2219428 was Jail # back then.

San Francisco General Hospital
November 7, 2007

JEFF WALKER F-11343
P O BOX 2000
VACAVILLE CA 95696


Your request for information for:

01625432   Walker, Jeffrey

CANNOT BE PROCESSED BECAUSE:

As of April 2003, we no longer provide records for
incarcerated individuals due to HIPAA regulations. Please
contact your primary care provider to obtain copies of your
records for continuity of care.

If you have any questions, please contact us and we will be
happy to further assist you.

Thank You.


Release of Information Section
Health Information Services Rm 2B1
San Francisco General Hospital
1001 Potrero Avenue
San Francisco, CA 94110
(415) 206-4432, (415) 206-8622

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DICT OF CALIFORNIA

5  JEFFREY WALKER
        PLAINTIFF
6

7  VS

8  JANE LOVELLE SITE MANAGER
   CAPTAIN JANE DOE CJ-2
9  CAPTAIN JANE DOE CJ-1
   SRGNT BABE BE CJ-8
10 JO ROBINSON
   DR WOODARD
11 AMY COHEN
   FAIR GARDNER
12 DON SEAVER
   TAWNYA WEISER
13 DR.MORRIS
   LAM CHEE
14 JOAN CAIRNS
   LT PAULSEN
15 ERIKA FALK
   TERRISA RICHARDSON
16 REINA FONG,Sued in their
   individual and official capacities
17
                Defendants.
18 ------------------------------------

)  No 08-0801 CRB(PR)
)
)      MOTION
)
)  to subpoena for the production
)
)  of documents needed for claim
)
)   and to identify the doe defendants
)
)   and to get complete names.
)
)  and to Amend these names.
)
)
)
)
)
)
)
)
)
)
)
)
)

19

20 This is a Request for the sherriff legal to release the documents in investig-

21 ation reports so as I could gather information and names needed to Amend to

22 claim. 2.) I am requesting That the Sanfrancisco county Jail release all

23 grievances and complaints filed including all investigation reports and taped

24 interviews.This is necassary to identify the doe defendants and apply the

25 correct dates to the complaint. 3) Any excessive force reports 4) any and all

26 housing changes 5)The post locations  officer names on all excessive force

27 reports and sherriffs involved between the mounths of June 05 till Jan 17-06

28 on all request in motion

1

1 This request is necassary to Insure a Fair Filing and Gathering of

2 The Doe defendants names so as to Complete The court Order.

3 I would also request a Subpoena to be issued to the SanFrancisco

4 General hospital for My medical Records From June 2006 Until Jan 17-06

5 including all psych reports needed as evidence and for the gathering

6 of additional Doe defendants names.

7 The Hospital Will Not give this info without a court order under there

8 new rules see: Exhibit B Request for documents to the Hospital.

9 If I am Not able to Gather this Information or conduct my Owne Investigation

10  Becaues i am In custody then I would ask the court to grant my Request

11  for an Attorney as Requested in filings.

12  Sincerily Mr Jeff Walker Plaintiff.

13

14 The filing name should be Jeffrey Walker as well and not jeffery please

15  Amend and change.

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2

CA MEDICAL FACILITY

Jeffery Walker F11343
CMF P.O. Box 2000
Vacaville CA. 95696-2000

RECEIVED

Confidential
Legal mail

Northern District of Cali.
U.S. Court House
450 Golden Gate Ave
P.O. Box 36060
San Francisco CA. 941