IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

FILED
SEP - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08 SEP -2 PM 2:03

JEFFREY WALKER,
plaintiff

vs

Jane Lovelle site manager
Captain Sabrina Butler C-J-1
Captain Jane Doe C-J-2
Srgt. Cabe be C-J-8
Jo Robinson, Dr. Woodard
Amy Cohen, Fair Gardner
Don Seaver, Tawnya Weishert
Dr Morris, Lam Chee
Joan Cairns, L.T Paulsen
Erica Falk, Terrisa Richardson
Reina Fong, <u>sued in their
Individual and official capacities</u>

Defendants.

NO. 08-0801 CRB (PR)

COMPLAINT UNDER THE 1983
42 U.S.C CIVIL RIGHTS ACT

MOTION

Request For Leave to File an
Amended complaint and Request
For extension of time to
Amend the remaining un-named
Doe defendants and any other who's
Full name not recieven through
discovery Filed.

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

plaintiff, JEFFREY WALKER, pursuant to Rules 15(a) and 19(a), Fed.R.Civ.P., request Leave to File an Amended complaint Adding a party.

1. The plaintiff in his original complained Named Doe defendants.

1

2. Since the filing of complaint the plaintiff has determined through discovery that the name of captain Jane Doe CJ-2 defendant is captain Sabrina Butler in charge of CJ-1.

A. pg 1 of Added request defendants - be corrected in the complaint
B. pg 5 Line 11, Line 23    captain Sabrina Butler CJ-1
C. pg 7 Date 9-5-05 correction
d. pg 9   1,000,000 -- Line 4
e. pg 9 Line 5   captain Sabrina Butler CJ-2

of the alligations and of page 9 of relief Requested, are Amended to reflect the identity and the actions of captain Sabrina Butler CJ-1.

3. This court should grant leave freely to Amend a complaint, Foman v Davis, 371 U.S. 178, 182, 83 S.Ct. 277 (1962) Interroyal Corp v Sponseller 889 F.2d 108, 112 (6th cir.), denied, 449 U.S. 1091 (1990)

Date: 8-24-08

Respectfuly submitted,

Jeffrey Walter F11343
CMF p.o. Box 2000
Vacaville CA 95696-2000

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WALKER,<br><br>    PLAINTIFF<br><br>VS<br><br>JANE LOVELLE SITE MANAGER<br>CAPTAIN SABRINA BUTLER CJ-1<br>CAPTAIN JANE DOE CJ-2<br>SRGT DOE CABE BE CJ _8<br>JO ROBINSON<br>DR. WOODARD<br>AMY COHEN<br>FAIR GARDNER<br>DON SEAVER<br>TAWNYA WEISHERT<br>DR. MOORIS<br>LAM CHEE<br>JOAN CAIRNS<br>LT PAULSEN<br>ERIKA FALK<br>TERRISA RICHARDSON<br>REINA FONG ; sued in their<br>individual and official capacities<br><br>            Defendants. | No 08-0801 CRB (PR)<br><br>COMPLAINT UNDER THE<br><br>CIVAL RIGHTS ACT 42 U.S. 1983<br><br>AMENDEDED REQUEST AND NEW<br><br>COMPLAint filed with correction<br><br>and notations of dates of incidents<br><br>in violation.and a request to later<br><br>amend the rest of the Jane orJohn does<br><br>and to complete the full name not know<br><br>in wich i would also request an<br><br>extension of time to get the rest. |

Violation of the eigth Amendment deliberate Idifference and neglegence to provide safe housing as well as prejudicial and discriminatory acts inwich deprived plaintiff of the Equal protections of the procedural policies to the prevention and entervention of self injurous or suicidal attepts

as a result all parties noted aboves neglegence it Created cruel and unusual punishment and placements in Safety cells for punishment rather than for mental health treatment, as well as S.A.P.H housing, wich also was not done for mental health treatment, thus denying plaintiff of treatment.

1  and thus allowed plaintiff to be injured numerous times with no help
2  and thus leaving plaintiff with life time injuries as well as mental
3  health issues for life.
4
5  II. Statement of claim
6
7  Starting Between the Mounths of June 2005 and January 17 2006 Mental health
8  and custody had both placed Plaintiff in Threatning and Paranoid sittuations
9  that has resulted in self injurous and suicidal behavior and in all sitt-
10 uations had caused mental health deteriation starting from:
11
12 1. on 6 10-2005 plaintiff had first made known his paranoia to LVN Theodore
13    Barrantes and Robert Steiner Who had noted plaintiffs concerns and comp-
14    laints that were causing Mental health deteriation and flash backs of
15    prior prison incidents of assaults and riots, shooting death of aninmate
16    while in a gladiater fight and other acts inwich only some were recorded.
17    It should also be noted that plaintiffs arrest charges had become an issue
18    and it noted in the mental health files.
19 2. on 7-14-05 Plaintiff was placed in Safety cell after notifying S.,F.S.D
20    he was having suicidal thoughts he had spoken to: Raymond bashista MFT
21    Raymond Bashista had spoken with Jane Lovelle who was the SITE MaNager
22    and Both had approved S/C Placement when noting Plaintiff did not meet
23    the criteria. Both are being sued in their individual and official capacit-
24    i.es for placing in the safety cell as punishment and thus disregarding
25    plaintiffs mental health issues, Denying plaintiff adeqaute treatment.
26 3. on 7-15-05 Jane lovelle approved S.A.P.H. Housing with no intentions
27    of treating plaintiffs mental health problems
28

2.

1  4.Dr Morrison and Jane lovelle had discussed plaintiffs case and had released him to
2     G.P. a non mental health unit and had failed to privide mental health treatment,
3     as a res.ult plaintiff attempted to commit suicide.Lt.Stepp had came to talk to
4     plaintiff were he had clibed up some bars in a holding tank and was going to dive
5     head first until she interveined and prevented this.after this discussion the next
6     day plaintiff was housed bach into S.A.P.H. Housing, CJ-8
7     Dr.Morrison and jane lovelle are being sued for this act in there individual and official
8     capacities.as a result of there neglegence plaintiff had to suffer cruel and unusual
9     punishment and a deteriation in mental health staus and was placed back in the S/c
10    not for mental health reasons but for punishment
11    5.on 7-21-05 Raymond bashista notes Paranoia during enterview.
12    6 on 7-26-05 Dr Don seaver notes to continue S.A.P.H Housing noting plaintiff is still
13    to fragile emotionaly.
14    7.Fair Gardner MA Noted Plaintiffs complaint of being sexualy propositioned by anoother
15    inmate in another pod C  wich caused further deteriation and staff still failed to
16    treat Plaintiff
17    8.plaintiff had befriended Tw Tara White a female who was also housed in mental health
18    were her and plaintiff had become close and on 8-2-05 plaintiff had made a complaint
19    to Amy Cohen PHD working CJ   that staff had kept the letter written to TW  and had
20    left it on the desk.
21    9.on 8-5-05 Amy Cohen had noted Plaintiff was lecturing his female Friend but did not
22    note it was due to staff Sheriff officers encouraging Inappropriate sexual acts
23    and that I told her to stop and staff got upset .
24    10.This was confirmed on 8-7-05 were Tessa richardson over heard plaintiff calling
25    the sheriis officers rude,racist and perverts,after this, staff had deemed plaintiff
26    a problem and had reversed the sittuation by falsifying reports and thus used
27    plaintiffs charges to say he was the problem and was sexualy harrasing Tw.
28

3.

11. 8-8-05 Plaintiff was assaulted by officer quin and Mental health had failed to prevent or entervein to Safely house plaintiff and thus Fair Gardner had also Falsified a report in stating that plaintiff was a problem and had Placed plaintiff on a 5150 and a couple hours later, Joan cairns and Jane lovelle had removed the 5150 hold threat to others, and had plaintiff rehoused in CJ 2 adsag disciplinary housing thats not mental health wich was done as punishment and were a denial of mental health treatment had accured.

so I am also suing Joan Cairns and Jane lovell for denying treatment and moving plaintiff to a non mental health unit for disciplinary reasons and as a result Plaintiff had become a threat to the safety of others in new unit and had to be placed back in Safety cell .

12. Not long after Plaintiff had arrived in new unit plaintiff was placed back in the safety cell were both custody had allowed plaintiff to:

1, Cut Wrist 2. Punch the walls causing injuries were blood was noted to have been seen and were plaintiff had also hurt his neck while banging headed in S/c to were plaintiff had endored this treatment for a second day until he was taken to Sanfrancisco General hospital for treatment.

Lam Chee Rn Had watched plaintiff several times hurting himself and becau plaintiff had asked for help to stop and requested restraint chair and it was denied so Lam Chee is also being sued in individual and official capacities.

Kim Morrison had noted that officer John or Jane Doe had accidently admitted utincal and therefore this officer John or Jane doe is also being sued in their individual and official capacity due to there neglegence plaintiff had been able to injure self.

8-13-05  Amy Cohen Also kept plaintiff in this predicument even after being notified of injuries etc, and  Raymond bashista MFT Had noted he will not place plaintiff on 5150 hold denying plaintiff treatment but had left him in S/C stating no mental health problem and thus used the room as punishment instead of for treatment.

so both are being sued for this. in their official & individual capacities

4.

1  13. on 8-15 x rays were done on plaintiffs hands from injuries in S/c

2  on 8-24-05 Ray bashista had found plaintiffs website and notes plaintiff as a pimp

3  and says there were his girls with him wich was prejudicial as plaintiff is not a pimp

4  had not been charged with pimping and yet this defamation of character was being con-

5  tinously used and had been discussed and calling plaintiff a preditor when infact plaintiff

6  was aquitted of sexual assualt alligations.

7  14. 8-26-05 It was noted that plaintiff recieved bad news from court by Don seavers

8      and were plaintiff had expressed his seriouness of the charges and facing life

9      and thus was placed twice in safety cell again.

10 15. on 8-28-05 a meeting or conference was being conducted to adress plaintiffs case

11 by Jane lovelle,JPS _Captain Subrina Butler cj-1_   Before Incident

12     Plaintiff was rehoused in a non mental health unit.
13

14 15. on 9-2-00 Plaintiff had been placed in a restraint chair on a 5150 hold and Tx To

15 Sanfrancisco general Hospital and was placed in 7L suicide unit.

16 16. plaintiff was deemed a problem and a plan was being put in place to move him out the

17     unit.

18 17. on 9-6-08 AMY Cohen PHD misrepresents the facts concerning plaintiff and his housing

19     but on that same day a plan was being put together not for mental health reasons there

20     goal being to diminish plaintiffs negative behavior and disruptive influence as much

21     as possible.

22 18. On 9-8-05  Behehavioral and clinical management plan for Mr Walker was nothed

23     by Jane Lovelle,Captain _Sabrina Butler cj1_        Srgnt Cabebe, S.F.S.D

24     Jo Robinson,Dr Woodard and JPS Site managers Doe defendats Staes:

25                              Premeditation

26     mr walker will be housed in adsag in a cell with another inmate( currently he has a

27     do not house alone on his housing card  See added pages:

28

5.

The clinical and behavorial plan for Mr.Walker

1)Should he ingage in superficial self harm behaviors(Scratching,superficial nics,etc.) he will be trasported to medical,JMS Staff will treat him and he will return to his cell.

Plaintiff was placed in a cell with another inmate and was feeling suicidal and was suffering from paranoia and he took a Razor and cut his wrist he was taken to JMS Medical were he told Sherman Hool at 11:53 cj1 Rn custody was advised per management orders to house Plaintiff back in same cell he cut himself in. Officer Cooper and John and officer Johnson and senior deputy burriss had escorted Plaintiff back to his cell.

12:51 an hour or so later Plaintiff cut himself again with a Razor this Time deeper approxamatly a 1 inch long gaping lac with moderate amount of bleeding cleansed & applied pressure dressing.
**Jane Lovelle site manager** Had informed SantiagoHayo Rn & Custody to send Plaintiff to MEH for possible suturing.

2.)If he engages in more serious self harm gestures that may require suture etc.he will be transported to meh to recieve medical treatment.when medical cleared he will return to the jail-**He should not go to 7-1.**

3.) if he does however meet criteria 5150 he will be placed in safety cell while awaiting tx to 7 L **4.)**If he engages in serious self harm in the safety cell then he should be placed in restraint chair and the he would be tx emerency admitted to meh.Mr Walker should not be placed in restraint chair Just for threats of self harm

as a result of all parties noted in the agreement neglegence wich resulted in injury and caused cruel and unusual punishment denying plaintiff of mental health treatment and discriminating against him are all being sued in there individual and official capacities.

1 on 9-12-08 plaintiff was brought back to the jail and placed back in the
2 same cell he had sliced his wrist with a razor three times several days
3 earlier in wich he was admitted to S.F.G.H and was returned this day.
4 Staff were aware of his suicidal statements and placed him in that cell anyway
5 as a result of there neglegence and failure to provide adequate mental health
6 treatment and safe housing Plaintiff once again cut his writ with a razor
7 in G tank. Jane lovelle sitemanagers notes printed 9-12-08
8 Plaintiff was taken to the hospital and the S.F.G.H contacted the Jail and
9 said enough was enough and for them to provide Safe housing and it was the
10 agreed to house plaintiff were he should have been all along in S.A.P.H
11 Mental health Unit 7-L staff had denied him of this treatment on the pretext
12 that his goal was to be close to a female TW who he has menacing attachment
13 to but they then place him right next door to her in rm 1 she was in rm 2
14     Through the mounths of september 2005 to Jan 2006 Plaintiff had s
15     not recieven any treatment and was ignored at all request for hel
16
17 When court had started plaintiff had ups and downs and was suffering with a
18 variety of mental health issues and had no one to confide in when he tried
19 to discuss his issues he was treated as if he was a behavioral problem rather
20 than a patient:On 9-5-05 air garner noted that mental health needs to pay
21  attention to Mr.Walker when his verdict will come wich he might be at the
22 time dangerous to acting out.
23 All staff had known this includind site manager Jane Lovelle but
24  Plaintiff had suffered several assaults on him by Sheriffs deputies while
25 in S.A.P.H Housing and had ended up back in S.F.G.H Hospital and admitted
26 to & L for treatment
27
28

7.

1  1-3-05 Plaintiff had been placed in a restraint chair again and had complained
2  of being assaulted by sherrifs deputies who he had made sexual harrasment com-
3  complaints against to protect his friend TW Tara White.
4  Liza Dalmacio noted 1-6-05 Plaintiff said that deputy Jones assaulted him
5  and shown his face saying the mark is from a Foot print by sherriffs.
6  It was noted on 1-8-05 By Erika Falk Plaintiff was yelling at a sheriffs deputy
7  calling him a pervert saying he touches himself and verbaly abusing and alleged
8  Inpropriety. so staff had elected to get rid of Plaintiff despite his mental
9  condition and despite his court sittuation and a possible threat to harm
10 himself as noted many times stating to watch plaintiff during sentencing.
11
12 On 1-10-05 Erika Falk noted again Plaintiff having was observed making derog-
13 atory comments to W Chambliss and having a running commentary on the leval of
14 professionalism displayed by various staff.
15      Remove from S.A.P.H Dated 1-13-06 4 days before plaintiffs sentencing
16 ordered and approved by classification St.Hillare Jane Lovelle and site
17 managers all acting in a conspiracy to allow plaintiff to committ suicide
18 after his verdict or Hurt himself.
19 On 1-17-05 Sentencing Plaintiff had returned to his adsag cell and asked
20 for a razor when he was still under mental health follow ups and a no razor
21 policy officer Jane Doe gave him a razor and there adter Plaintiff had cut
22 his wrist Noted by John smith Nurse, Lam Chee, and jenniffer Shealy LCSW
23 as a result of mental health neglegence in prevention and intervention from
24 a sittuation they had neww would happen had caused plaintiff to injure himself
25 and retain a life time injury and mental health treat ment. Plaintiff had suff
26 ered physicaly mentaly emotionaly for mounths and then this happened.
27 I swere under penalty of perjury the foregoing statements are true to the best
28 of my ability to recall and based on medical reports.

x __Jeffrey Walker_____ Date: June 9-08
  Jeffrey Walker   Request and demand for Jury Trial

8.

Demand for Jury trial

compensatory Damages

1. 1,000,000  million Dollars Jointly and severlly against defendants Jane Lovelle,Captain Sabrina Butler CJ1 ,SRGGT Cabebe Jo Robinson,Dr Woodward and any othersite manager does later Identified with the agreements 1-8-05 for the physical and emotional injuries sustained as a result of the plaintiffs Injuries and emotional issues. and fauilures to provide adequate mental health treatment.

2) 100.000 Jointly and severily against defendants Fair Gardner,Amy Cohen Tawnya weiser,Lam Chee,Terrisa Richardson,Reina Fong,Dr moorison,don seaver, Joan cairns, Jane lovelle for the punishment and emotional injuries resultir from there failure to provide adequate mental health treatment.

Punative damages In the following amount as staed to all parties up above noted in the same amounts to each defendant and any other such relief as it appears that plaintiff is entititled from state, county,and jail itself and any other areas not known to Plaintiff.

Respectfuly Submitted   x--_Jeffrey Walker_--x  date-- June 9-08 --
Jeffrey Walker

all parties were acting under color of state authority during all acts noted in violation of cival rights.

9



Jerrery Walker F11343
CMF P.O. Box 2000
Vacaville CA 95696-2000

Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Confidential Legal Mail

RECEIVED
SEP 02 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

