Dear court clerk                                    8-24-08

C 08-801 CRB

please note that I have never recieven that

Blank subpoeng on this case - I've recieved

them on the other two But not this one.

I sent a notice 7-12-08 to inform you

and you sent me

1. C-08-0802, C-08-0757,

**FILED**

SEP - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I had requosted an extension of time to

be extended from the date you sent the

subpoeng forms, please inform Judge

Thank you!

Dear Court Clerk                                           7-12-08

8-16-08

I had Recieved an Order from the court Dated July 2 08 Order Of service
I also recieved a 60 Dayyextention notice included with a notice of a
discovery acceptence and amendment ordervto Amend The Doehdefendants.
There was to be a Subpoena Blank form Notedebeing sent but I have not
recieven any yet. Please Re-AdJust the 60 Day extention order to be
noted the same date of receipt when I get it. Thank You !
Also is there a packet on Cival Procedures or filings on Interrogatories
and Rules of the court Packet,I am sorta Having troublesfiguring out
what all to do and who I send stuff to.Im not even sure If I am doing
the subpoena notice right and How I file it. If there is anything to
assist me in a fair way so i could have the tools to effectively  plead
and defend my claim. Please send.

Sincerly Submitted;Jeffrey Walker

This was originaly sent - 7-12-08
However I did not note the cival
case in question:
1. case # C 08-0801 - I never
recieved the subpoenas For
This case #. 8-16-08

1

2

3

**FILED**

JUL - 2 2008

4

5

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

JEFFREY E. WALKER,

12

   Plaintiff(s),

No. C 08-0801 CRB (PR)

13

  v.

ORDER OF SERVICE

14

JANE LOVELLE, et al.,

15

   Defendant(s).

# 10 - fr

16

17

   Plaintiff, a prisoner at the California Medical Facility in Vacaville, has

18

filed a pro se First Amended Complaint for damages under 42 U.S.C. § 1983

19

("FAC") alleging that, while he was at the San Francisco County Jail, jail

20

officials denied him adequate mental health treatment. Among other things.

21

plaintiff alleges that despite his mental health history, the named defendants often

22

put him in situations where he was likely to injure himself or attempted suicide.

23

   Liberally construed, plaintiff's allegations appear to state a cognizable §

24

1983 claim for deliberate indifference to serious medical needs against the named

25

defendants and will be ordered served. See Estelle v. Gamble, 429 U.S. 97, 104

26

(1976). Plaintiff may proceed against the unnamed Doe defendants if, within 60

27

days of this order, he identifies them via discovery (the clerk is sending him a

28

blank subpoena) and moves to amend to add them.